# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 23, 2008

134408 (43)(44)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

LAURA K. FUNDUNBURKS,
          Plaintiff-Appellee,

v

CAPITAL AREA TRANSPORTATION
AUTHORITY and MICHELLE BEARD,
          Defendants-Appellants.

SC:  134408
COA:  274928
Ingham CC:  06-000062-NI

_____/

On order of the Court, the motion by the Michigan Public Transit Association for leave to file brief amicus curiae is GRANTED.  The motion for reconsideration of this Court's May 23, 2008 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

WEAVER, J., would grant reconsideration.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 23, 2008

_____
Clerk

p0716